IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY FREE, #219694, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:05-cv-0331-MEF |
| | ) |
| GRANT CULLIVER, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #36) filed on June 18, 2007 is OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #33) entered on May 11, 2007 is ADOPTED;

(3)  The petition for habeas relief filed by petitioner is DENIED and this case is DISMISSED with prejudice.

DONE this the 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE